1  WALTER J. LACK, State Bar No. 57550
   ELIZABETH L. CROOKE, State Bar No. 90503
2  MARK E. MILLARD, State Bar No. 175169
   ENGSTROM, LIPSCOMB & LACK
3  A Professional Corporation
   10100 Santa Monica Blvd., 12th Floor
4  Los Angeles, California 90067-4107
   (310) 552-3800; Fax (310) 552-9434
5  email: wlack@elllaw.com

6
   THOMAS V. GIRARDI, State Bar No. 36603
7  DAVID R. LIRA, State Bar No. 134370
   KEITH D. GRIFFIN, State Bar No. 204388
8  GIRARDI & KEESE
   1126 Wilshire Boulevard
9  Los Angeles, California 90017
   (213) 977-0211; Fax: (213) 481-1554
10 email: tgirardi@girardikeese.com

11 Attorneys for Plaintiffs
   YANINURKIS LABACENO LAFFITA, et al.,
12

13              UNITED STATE DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16

17  YANINURKIS LABACENO LAFFITA,    )   Case No.  3:10-CV-486-JCS
    et al.,                          )
                                     )   REQUEST FOR DISMISSAL
18              Plaintiff(s),        )   WITHOUT PREJUDICE AS
                                     )   TO SOCIÉTÉ AIR FRANCE
19       vs.                         )
                                     )            AND
20  SOCIÉTÉ AIR FRANCE;              )
                                     )   ORDER THEREON
21              Defendant(s).        )
                                     )
22
        WHEREAS, Plaintiffs filed suit for the wrongful death of Andrey Kiselev naming
23
   Société Air France as one of the defendants, and,
24
        WHEREAS, the tickets of passage for the flight resulting in the death of Andrey
25
   Kiselev were purchased and issued outside the United States and provided for a
26
   destination outside the United States, and,
27
                                   - 1 -
28

---

REQUEST FOR DISMISSAL                                    3:10-cv-486-JCS


1  WHEREAS, there is no subject matter jurisdiction as against Société Air France for
2  the wrongful death of Andrey Kiselev in the United States,

4  DATED:   March 23, 2010          Respectfully submitted
5                                   ENGSTROM, LIPSCOMB & LACK

6                                   By: _____/s/ Walter J. Lack_____
7                                       WALTER J. LACK

8                                   THOMAS V. GIRARDI
9                                   Girardi & Keese

**ORDER**

12  IT IS HEREBY ORDERED that the claims arising from the death of Andrey
13  Kiselev against defendant Société Air France be dismissed without prejudice to their
14  commencement in a forum where there is subject matter jurisdiction.

16  DATED:

                                    _____/s/ Susan Illston_____
                                    UNITED STATES DISTRICT COURT JUDGE

26  332250                           - 2 -

28  REQUEST FOR DISMISSAL                                    3:10-cv-486-JCS

# CERTIFICATE OF SERVICE

*Laffita, et al. v. Societe Air France, et al.*

Case No. 3:10-CV-0486-JCS

I hereby certify that on March 23, 2010, the **REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO SOCIETE AIR FRANCE AND ORDER THEREON** was filed electronically on March 23, 2010, using the USDC, Northern District's EM/ECF Courtlink to Electronic Filing and served on all counsel listed on the Certificate of Service Mailing List, first class mail.

/s/ Linda Stark

By: _____
LINDA STARK

**CERTIFICATE OF SERVICE MAILING LIST**
*Laffita, et al. v. Societe Air France, et al.*
Case No. : 3:10-cv-00486-JCS

**Counsel for Hemme Plaintiffs**
Floyd A. Wisner
Wisner Law Firm, Ltd.
3N780 Trotter Lane
St. Charles, IL 60175
Phone: 630-513-9434; Fax: 630-513-6287
faw@wisner-law.com

**Counsel for Harris Plaintiffs**
Richard Mithoff, Jr.
MITHOFF LAW FIRM
500 Dallas Street, Suite 3450
Houston, TX 77002
Phone: 713-654-1122; Fax: 713-739-8085
dmorris@mithofflaw.com

**Counsel for Gergelova Plaintiffs**
Michael P. Verna
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Phone: 925-935-3300; Fax: 925-935-9371
ndimcam@bowlesverna.com

**Counsel for Laffita Plaintiffs**
Thomas V. Girardi, Esq.
David R. Lira, Esq.
Keith Griffin, Esq.
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Phone: 213-977-0211; Fax: 213-481-1554
tgirardi@girardikeese.com
dlira@girardikeese.com
kgriffin@girardikeese.com

**Counsel for Rosemont Aerospace, Inc.**
David N. Zeehandelaar
Laurie Alberts Salita
BLANK ROME LLP
130 North 18th Street
Philadelphia, PA 19103
Phone: 215-569-5500; Fax: 215-569-5555
zeehandelaar@blankrome.com
alberts@blankrome.com

**Counsel for Hamilton Sundstrand Corporation**
Alan H. Collier
Aghavni V. Kasparian
Countney P. McIntire
MENDES MOUNT LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
Phone: 213-955-7700; Fax: 213-955-7725
Alan.collier@mendes.com
Aghavni.kasparian@mendes.com
Courtney.mcintire@mendes.com

**Counsel for Intel Corporation**
John Dillow
V.L. Woolston
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Phone: 206-359-8000; Fax: 206-359-9000
jdillow@perkinscoie.com
vwoolston@perkinscoie.com

**Counsel for General Electric Company and GE Aviation Systems, LLC**
Steven T. Catlett
PAUL HASTINGS JANOFSKY & WALKER LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606
Phone: 312-499-6000; Fax: 312-499-6100
stevencatlett@paulhastings.com

**Counsel for Raychem Corp**
Daniel Cummings
ROTHSCHILD BARRY & MYERS PC
55 West Monroe Street, Suite 3900
Chicago, IL 60603-5017
Phone: 312-580-3350; Fax: 312-580-2740
cummings@rbmchicago.com

**Counsel for Airbus Americas, Inc. and Airbus SAS**
Thad T. Dameris
HOGAN & HARTSON LLP
700 Louisiana Street, Suite 4300
Houston, TX 77002
Phone: 713-632-1410; Fax: 713-583-6297
tdameris@hhlaw.com

**Counsel for Thales Avionics SA, Thales Group and Thales USA Inc.**
Eugene Massamillo
KAPLAN MASSAMILLIO & ANDREWS LLC
70 East 55th Street, 25th Floor
New York, NY 10022
Phone: 212-922-0450; Fax: 212-922-0530
emassamillo@kmalawfirm.com

**Counsel for Motorola, Inc.**
Jonathan M. Stern
SCHNADER HARRISON SEGAL & LEWIS LLP
750 Ninth Street, NW
Washington, DC 20001
Phone: 202-419-4202; Fax: 202-419-4252
jstern@schnader.com

**Counsel for Honeywell International, Inc.**
William V. O'Connor
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130
Phone: 858-720-5100; Fax: 858-720-5125
woconnor@mofo.com

**Counsel for Rockwell Collins**
Robert F. Ruckman
JACKSON WALKER LLP
901 Main Street, Suite 6000
Dallas, TX 75202
Phone 214-953-6000; Fax: 214-953-5822
rruckman@jw.com