UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | **MDL Docket No. 10-2144-CRB**<br>**This Document Relates To All Actions** |

### ~~PROPOSED~~ FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a) and 79, the Clerk of the Court is directed to enter final Judgment as follows:

ORDERED, that judgment is entered pursuant to the terms of the Court's Orders dated October 4, 2010, D.E. 766, and June 15, 2011, D.E. 957, in the following actions:

| | |
|---|---|
| *Gergelova v. Airbus S.A.S.*, 3:09-cv-05020 | *da Silva v. Airbus S.A.S.*, 3:10-cv-02277 |
| *Hemme v. Airbus S.A.S.*, 3:10-cv-1843 | *de Oliveira v. Airbus S.A.S.*, 3:10-cv-02278 |
| *Lafitta v. Societe Air France*, 3:10-cv-00486 | *Aquino v. Airbus S.A.S.*, 3:10-cv-02279 |
| *Jugueta v. Airbus S.A.S.*, 3:10-cv-00977 | *Schmidt v. Airbus S.A.S.*, 3:10-cv-02280 |
| *Hudecova v. Airbus S.A.S.*, 3:10-cv-01828 | *Monlevad v. Airbus S.A.S.*, 3:10-cv-02281 |
| *Anastacio v. Airbus S.A.S.*, 3:10-cv-02263 | *Almeida v. Airbus S.A.S.*, 3:10-cv-02282 |
| *Vale v. Airbus S.A.S.*, 3:10-cv-02264 | *Milman v. Airbus S.A.S.*, 3:10-cv-02283 |
| *Vale v. Airbus S.A.S.*, 3:10-cv-02265 | *de Oliveira v. Airbus S.A.S.*, 3:10-cv-02284 |
| *Vale v. Airbus S.A.S.*, 3:10-cv-02266 | *Machado v. Airbus S.A.S.*, 3:10-cv-02285 |
| *Pereira v. Airbus S.A.S.*, 3:10-cv-02268 | *Owondo v. Airbus S.A.S.*, 3:10-cv-02286 |
| *Porcaro v. Airbus S.A.S.*, 3:10-cv-02269 | *Salvador v. Airbus S.A.S.*, 3:10-cv-02287 |
| *Porcaro v. Airbus S.A.S.*, 3:10-cv-02267 | *Braga v. Airbus S.A.S.*, 3:10-cv-02288 |
| *Gueiros v. Airbus S.A.S.*, 3:10-cv-02270 | *Thill v. Airbus S.A.S.*, 3:10-cv-02289 |
| *de Faria v. Airbus S.A.S.*, 3:10-cv-02271 | *Henriques v. Airbus S.A.S.*, 3:10-cv-02290 |
| *Dardengo v. Airbus S.A.S.*, 3:10-cv-02272 | *Gallasz v. Airbus S.A.S.*, 3:10-cv-02354 |
| *Van Sluys v. Airbus S.A.S.*, 3:10-cv-02273 | *Jacomo v. Airbus S.A.S.*, 3:10-cv-02420 |
| *Dos Santos v. Airbus S.A.S.*, 3:10-cv-02274 | *Bjoroy v. Airbus S.A.S.*, 3:10-cv-02950 |
| *Amorim v. Airbus S.A.S.*, 3:10-cv-02275 | *Andreasson v. Airbus S.A.S.*, 3:10-cv-04120 |
| *Piazzetta v. Airbus S.A.S.*, 3:10-cv-02276 | *Mendonca v. Airbus S.A.S.*, 3:10-cv-04121 |
| | *Mello v. Airbus S.A.S.*, 3:10-cv-04122 |

ORDERED, that judgment is entered pursuant to the terms of the Court's Orders dated October 4, 2010, D.E. 766 and May 19, 2011, D.E. 862, in the following action:

*Harris v. Societe Air France*, 3:10-cv-01936

ORDERED, that judgment is entered pursuant to the terms of the Court's Order dated June 15, 2011, D.E. 957, in the following actions:

*Dardengo v. Honeywell*, 3:10-cv-04948     *Guennoon v. Honeywell*, 3:10-cv-05513

ORDERED, that judgment is entered pursuant to the terms of the Court's Order dated August 1, 2011, D.E. 966, in the following actions:

*Carrilho v. Airbus S.A.S.*, 3:10-cv-4908     *Filho v. Airbus S.A.S.*, 3:10-cv-4972
*Schnabl v. Airbus S.A.S.*, 3:10-cv-4968     *Chen v. Airbus S.A.S.*, 3:10-cv-4973
*Schnabl v. Airbus S.A.S.*, 3:10-cv-4967     *Elias v. Airbus S.A.S.*, 3:10- cv-4974
*Seba v. Airbus S.A.S.*, 3:10-cv-4969       *Bentaieb v. Airbus S.A.S.*, 3:11-cv-00559
*Cotta v. Airbus S.A.S.*, 3:10-cv-4970      *Dos Santos v. Airbus S.A.S.*, 3:11-cv-00558
*da Silva v. Airbus S.A.S.*, 3:10-cv-4971   *Kersten v. Airbus S.A.S.*, 3:11-cv-00560

ORDERED, that judgment is entered pursuant to the terms of the Court's Order dated August 15, 2011, D.E. 967, in the following actions:

*Necipoglu v. Societe Air France*, 3:11-cv-02581     *Mitropoulos v. Societe Air France*, 3:11-cv-02583

ORDERED, that judgment is entered pursuant to the terms of the Court's Order dated August 2, 2011, D.E. 966, in the following action:

*Coakley v. Tyco Electronics Corporation, et al.*, 3:11-CV-02570.

ORDERED, that each party is to bear its own costs and fees.

SO ORDERED.

_____
Hon. Charles R. Breyer
United States

DATED: _____September 23___, 2011

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 2 -