UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-2144-CRB |
| YANNINURKIS LABACENO LAFFITA, individually and as successor-in-interest and Personal Representative of the Estate of Andrey Kiselev, deceased; MARIA KISELEVA, individually as an heir to Andrey Kiselev, deceased; MARIA POPOVA, individually as an heir to Andrey Kiselev, deceased; GALINA KISELEVA, as an heir to Andrey Kiselev,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIETE AIR FRANCE; AIRBUS, S.A.S. AIRBUS AMERICAS, INC.; HONEYWELL INTERNATIONAL, INC.; THALES GROUP; THALES U.S.A. INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS, INC.; HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.' GE AVIATION SYSTEMS, LLC; GOODRICH CORP., DUPONT CO.; JUDD WIRE CO.; and RAYCHEM CO.,<br>            Defendants. | This Document Relates To:<br>Case No. 3:10-cv-00486;<br>Case No. 3:10-cv-00558<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

#398054

MDL Docket No. 10-2144-CRB
Case No. 10-cv-486;
Case No. 10-cv-558

1  IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the
2  respective parties hereto that the plaintiffs' claims in the above-captioned actions are hereby
3  dismissed with prejudice and without interest or costs to any party.
4  Dated:  February 19, 2015

| ENGSTROM, LIPSCOMB & LACK | HOLLAND & KNIGHT LLP |
|---|---|
| By: /s/ Mark E. Millard<br>Mark Millard<br>10100 Santa Monica Blvd 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 552-3800<br>Facsimile: (310) 552-9434<br>mmillard@elllaw.com<br><br>*Attorneys for Plaintiffs* | By: /s/ Christopher G. Kelly<br>Christopher G. Kelly<br>Alan D. Reitzfeld<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 513-3200<br>Facsimile: (212) 385-9010<br>chris.kelly@hklaw.com<br>alan.reitzfeld@hklaw.com<br><br>*Attorneys for Société Air France* |
| ARNOLD & PORTER<br><br>By: /s/ Thad T. Dameris<br>Thad T. Dameris<br>700 Louisiana Street, Suite 1600<br>Houston, Texas 77002-2785<br>Telephone: (713) 576-2402<br>Facsimile: (713) 576 2499<br><br>*Attorneys for Airbus S.A.S. and Airbus Americas, Inc.* | KAPLAN, MASSAMILLO & ANDREWS, LLC<br><br>By: /s/ Eugene Massamillo<br>Eugene Massamillo<br>70 E. 55th Street, 25th Floor<br>New York, NY 10022<br>Telephone: (212) 922-0450<br>Facsimile: (212) 922-0530<br>emassamillo@kmalawfirm.com<br><br>Richard A. Walker<br>200 W. Madison Street, 16th Floor<br>Chicago, IL 60606<br>Telephone: (312-345-3000<br>Facsimile: (312)-345-3119<br>Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Group, and Thales USA, Inc.* |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

#398054

MDL Docket No. 10-2144-CRB
Case No. 10-cv-486;
Case No. 10-cv-558

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By: /s/ Lisa J. Savitt<br>Lisa J. Savitt<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By: /s/ William V. O'Connor<br>William V. O'Connor<br>12531 High Bluff Drive Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br>woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: /s/ Jonathan M. Stern<br>Jonathan M. Stern<br>750 Ninth Street, N.W. Suite 550<br>Washington, DC 20001<br>Telephone: (202) 419-4202<br>Facsimile: (202) 419-4252<br>jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By: /s/ Patrick E. Bradley<br>Patrick E. Bradley<br>136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton, NJ 08450<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By: /s/ Sheila A. Sundvall<br>Sheila A. Sundvall<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | PERKINS COIE LLP<br><br>By: /s/ John Dillow<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

#398054

MDL Docket No. 10-2144-CRB
Case No. 10-cv-486;
Case No. 10-cv-558

| | |
|---|---|
| FITZPATRICK & HUNT, TUCKER, PAGANO, AUBERT, LLP<br><br>By: /s/ James W. Hunt<br>    James W. Hunt<br>    Mark R. Irvine<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    james.hunt@fitzhunt.com<br>    mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, PAGANO, AUBERT, LLP<br><br>By: /s/ Garth Aubert<br>    Garth Aubert<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    Garth.Aubert@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |
| BLANK ROME LLP<br><br>By: /s/ Elaine D. Solomon<br>    **Elaine D. Solomon**<br>    One Logan Square 130 North 18th Street<br>    Philadelphia, PA 19103-6998<br>    Phone: 215.569.5448<br>    Fax: 215.832.5448<br>    Solomon@BlankRome.com<br><br>*Attorneys for Goodrich Corp.* | |

**IT IS SO ORDERED.**

Dated: 2/23/2015

                                              Hon. Charles R. Breyer